UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMY DALTON §<br>and §<br>LINNEA KULLMAN §<br>  Plaintiffs, §<br> §<br> § Civil Action No. 1:14-cv-393-DAE<br>v. §<br> §<br>CEDAR PARK JEWELRY, LLC §<br> § JURY DEMANDED<br>GEORGE RAY POE, Individually §<br>and §<br>PATRICIA POE, Individually §<br>  Defendants. § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Amy Dalton and Linnea Kullman and Defendants Cedar Park Jewelry, LLC, George Ray Poe and Patricia Poe ("the Parties") file this Stipulation of Dismissal With Prejudice regarding Plaintiffs' claims against Defendant pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This dismissal, however, is contingent upon Defendants making all settlement payments under the terms of the settlement agreement in existence between the Parties. Should these payments not be made in accordance with this agreement, Plaintiffs reserve the right to invoke the jurisdiction of this Court to re-commence litigation.

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiffs hereby dismiss, with prejudice, all claims against Defendants, subject to

the terms set forth above.  Plaintiffs and Defendants will bear their own costs of suit. As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant.

Respectfully submitted,

By: /s Douglas B. Welmaker
  **Douglas B. Welmaker**
  State Bar No. 00788641
  DUNHAM & JONES, P.C.
  1800 Guadalupe Street
  Austin, TX 78701
  Tel.: (512) 777-7777
  Fax: (512) 340-4051
  E-mail:  doug@dunhamlaw.com

By:  /s Edward M. Smith
  **Edward M. Smith**
  State Bar No. 00791682
  CORNELL SMITH MIERL
  & BRUTOCAO, LLP
  1607 West Avenue
  Austin, Texas  78701
  Tel: (512) 328-1540
  Fax: (512) 328-1541
  Email: tsmith@cornellsmith.com